IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 04-2986 Ml/P |
| GAINEY TRANSPORTATION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the Joint Motion to Amend Scheduling Order, filed July 25, 2005.  Good cause having been shown, the Court GRANTS the motion.  The Court amends the scheduling order in this case as follows:

**COMPLETING ALL DISCOVERY:**

(A) DOCUMENT PRODUCTIONS: October 21, 2005

(B) FACT DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: December 2, 2005

(C) EXPERT WITNESS DISCLOSURE (Rule 26)

(1) Parties to exchange Rule 26 expert information on matters for which each party has the burden of proof by December 9, 2005.

(2) Parties to exchange rebuttal expert information by December 30, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

(3) Expert Witness Depositions: <u>January 20, 2006</u>

**FILING DISPOSITIVE MOTIONS**: The deadline to file any dispositive motions (including motions for summary judgment) shall be <u>February 20, 2006</u>.

**TRIAL DATES:**

Trial: <u>Monday, May 15, 2006, at 9:30 a.m.</u> in courtroom no. 4.

Pretrial Conference: A pretrial conference is set for <u>Monday, May 8, 2006, at 9:00 a.m.</u>

Pretrial Order: The pretrial order is due by no later than 4:30 p.m. on <u>Monday, May 1, 2006</u>.

So ORDERED this __8__ day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02986 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Aaron M. Phelps
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
P.O. Box 352
Grand Rapids, MI 49501--035

Honorable Jon McCalla
US DISTRICT COURT