IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 16 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

INTERNATIONAL PAPER COMPANY, )
a New York Corporation, )
 )
    Plaintiff, )
 )
v. ) No. 04-2986 Ml/P
 )
GAINEY TRANSPORTATION SERVICES, )
INC., a Michigan corporation, )
 )
    Defendant. )

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE DATES FOR TRIAL, PRETRIAL CONFERENCE AND SUBMISSION OF PRETRIAL ORDER**

Before the Court is Plaintiff's Unopposed Motion to Reschedule Dates for Trial, Pretrial Conference and Submission of Pretrial Order, filed September 9, 2005. Good cause having been shown, the motion is GRANTED. The trial schedule is hereby RESET as follows:

- The jury trial in this matter is set to begin on <u>Monday, April 24, 2006, at 9:30 a.m.</u>;

- A pretrial conference is set for <u>Monday, April 17, 2006, at 9:00 a.m.</u>;

- The pretrial order, proposed jury instructions, and voir dire questions are due by no later than 4:30 p.m. on <u>Monday, April 10, 2006</u>.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on  9-19-05

34

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 16 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02986 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Aaron M. Phelps
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
P.O. Box 352
Grand Rapids, MI 49501--035

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT