UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 27 PM 4: 37
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

---

**INTERNATIONAL PAPER COMPANY,**
A New York corporation,

    **Plaintiff,**

vs.                    **CASE NO.: 04-2986-MI P**

**GAINEY TRANSPORTATION
SERVICES, INC.,** a Michigan corporation,

    **Defendant.**

---

### CONSENT ORDER SUBSTITUTING LOCAL COUNSEL OF RECORD

---

It appears to the Court that the parties consent that Craig C. Conley and the law firm of Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC, be substituted as local counsel of record for Defendant, Gainey Transportation Services, Inc., in the above referenced matter in place of Curt R. Soefker and the law firm of Martin, Tate, Morrow & Marston; it is therefore,

**ORDERED, ADJUDGED AND DECREED** by consent that Craig C. Conley and the law firm of Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC be and are hereby substituted as local counsel of record for Defendant, Gainey Transportation Services, Inc., in the above referenced cause in place of Curt R. Soefker and the law firm of Martin, Tate, Morrow & Marston.

_/s/ Jon P. McCalla_
JUDGE
DATE: Oct. 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-28-05_

51

Approved and Consented to:

WYATT, TARRANT & COMBS, LLP

BY: _____
ROBERT L. CRAWFORD (7216)
DOUGLAS A. BLACK (11412)
Attorneys for Plaintiff
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 537-1000


THOMASON, HENDRIX, HARVEY
JOHNSON & MITCHELL, PLLC

BY: _____
CRAIG C. CONLEY (19341)
Attorney for Defendant
2700 One Commerce Square
Memphis, TN 38103
(901) 525-8721
and
Aaron A. Phelps, Esq.
Varnum Riddering Schmidt & Howlett
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6254

MARTIN, TATE, MORROW & MARSTON, PC

BY: _____
CURT R. SOEFKER (19605)
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
(901) 522-9000


G:\CLIENT FOLDERS\g07373\48385\Consent Order of Substitution.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02986 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stephen A. Hester
ARMSTRONG ALLEN, PLLC- Memphis
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Aaron M. Phelps
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
P.O. Box 352
Grand Rapids, MI 49501--035

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT